UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.
JOSEPH R. PALENCIA

CASE/CITATION NO. 2:06-mj-78 KJM

ORDER TO PAY

FILED
APR 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SOCIAL SECURITY #: 572 08 5732
DATE OF BIRTH: 1-10-1970
DRIVER'S LICENSE #: A3416189
ADDRESS: 1111 Cottonwood Dr
Roseville        CA        95661
City            STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 4/17/06

_____
DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $350 and a penalty assessment of $10 for a TOTAL AMOUNT OF: $360 within 12 days/(months)/or payments of $_____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $_____
(X) 1 year court probation. completed by _____ (X) OBTAIN VALID DRIVER'S LICENSE.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(circle one):

CLERK, USDC
CENTRAL VIOLATIONS BUREAU
POST OFFICE BOX 105650
ATLANTA, GA  30348-5650

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA  93721

CLERK, USDC
~~650 CAPITOL MALL, RM 2546~~
~~SACRAMENTO, CA  95814~~
501 I ST.
SACRAMENTO, CA 95814

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 4-17-06

KJM
_____
U. S. MAGISTRATE JUDGE

Clerk's Office   Probation will terminate upon payment of fine(s)a + obtaining drivers license.