MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
KARI L. RICCI
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH R. PALENCIA,<br><br>  Defendant. | MAG. NO. 06-078-KJM<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING, AND<br>ORDER<br><br>DATE: June 14, 2007<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Kimberly J. Mueller |

On April 17, 2006, the defendant, JOSEPH R. PALENCIA, pled guilty to a superseding information, charging him with unlawfully driving a vehicle when the privilege was suspended and revoked for failure to complete a court ordered D.U.I. program and when the defendant had knowledge of such suspension, in violation of Title 18, United States Code, Section 13 and California Vehicle Code, Section 14601.1(a). JOSEPH R. PALENCIA was given the following sentence, among other things, by United States Magistrate Judge Kimberly J. Mueller:

  1. Pay a three hundred fifty ($350) dollar fine, due within twelve months of judgment and sentencing, as well as the mandatory ten ($10) dollar special assessment.

    2. Obtain a valid driver's license by April 17, 2007.
    3. A term of court probation of one (1) year, to
      terminate upon completion of payments and obtaining
      of driver's license.

 The United States alleges that the defendant has violated these conditions as follows:

    1. The defendant has not made any payments toward the
      imposed fine and special assessment.
    2. The defendant has not yet obtained a valid driver's
      license, as ordered by this Court.

 The United States therefore petitions the Court to place this matter on its calendar for 10:00 a.m. on June 14, 2007, to allow the defendant to show cause why the probation granted on April 17, 2006, should not be revoked.

DATED: June __7__, 2007    Respectfully submitted,

          MCGREGOR W. SCOTT
          United States Attorney

          By: /s/Matthew C. Stegman
            MATTHEW C. STEGMAN
            Assistant U.S. Attorney

ORDER

 It is Hereby Ordered that the defendant appear on June 14, 2007, at 10:00 a.m., to show cause why the probation granted on April 17, 2006, should not be revoked.

IT IS SO ORDERED.

Dated: June 11, 2007.

                  _____
                  U.S. MAGISTRATE JUDGE